PHILIP TAMBURRINO, Respondent, *v.* JAYEN BUILDING CORPORATION, Appellant, Impleaded with Others.

(Argued October 12, 1931; decided November 17, 1931.)

*Frederick Mellor* for appellant.

*Jay Leo Rothschild, Louis Rivkin* and *Joseph Silber* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.